IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL A. RAMIREZ,

    Plaintiff,

v.        No. 1:20-cv-00255-KRS-JHR

CITY OF ALBUQUERQUE;
and JOHN DOES, Albuquerque Police
Officers, A through H, in both their individual
and official capacities,

    Defendants.

## ORDER SETTING TRIAL SCHEDULING CONFERENCE

**THIS MATTER** comes before the Court *sua sponte*. Having reviewed the record, the Court will set a telephonic conference for **June 11, 2020 at 10:00 a.m**. to determine the scheduling and location of the trial and other significant pre-trial hearings. The parties shall call **(888) 398-2342** and enter access code **8193818** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                                         KEVIN R. SWEAZEA
                                                                         UNITED STATES MAGISTRATE JUDGE