**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL A. RAMIREZ,

     Plaintiff,

    v.                                             Civ. No. 20-255 KRS/JHR

CITY OF ALBUQUERQUE,

     Defendant.

<u>FINAL JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues this judgment disposing of this civil case without prejudice for lack of prosecution.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this civil action is DISMISSED without prejudice.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent